IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

TIMOTHY HOLLAND
20890 Locust Drive
Los Gatos, CA 95033

    Plaintiff

vs.           Case No.: _____

UNITED STATES OF AMERICA

SERVE: JEFFERSON SESSIONS
   Attorney General of
    The United States
   Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530

   and

   JESSIE K. LIU
   United States Attorney For
    The District of Columbia
   555 4th Street, NW
   Washington, DC 20530

    Defendant

## COMPLAINT

TIMOTHY HOLLAND, Plaintiff, by Wilson & Parlett and Ryan P. Richie, his attorneys, hereby brings this Complaint against THE UNITED STATES OF AMERICA, Defendant, and, for cause, says:

1. That this action is brought under the Federal Tort Claims Act, 28 USC Sections 2671-2680 and 28 USC Section 1346(b). The Plaintiff is a citizen of the State of California, residing

WILSON & PARLETT
14513 Main Street
UPPER MARLBORO, MD
20772

(301) 952-1311

at 20890 Locust Drive, Los Gatos, CA 95033, within the jurisdiction of this Court.

2. That, on or about May 3, 2017, Plaintiff submitted administrative claims in the amount of Seven Hundred and Fifty Thousand Dollars ($750,000.00), to the United States Department of Homeland Security and United States Secret Service Uniformed Division.

2. That by letter dated September 1, 2017, the United States Department of Homeland Security and United States Secret Service Uniformed Division made an offer of $15,000 to settle the claim which if not accepted within 45 days would be deemed a final denial of the claim.

3. That the Defendant, The United States of America, at all times pertinent hereto, owned a bicycle operated by Officer J. Sesson, an employee of the United States Secret Service Uniformed Division.

4. That the Defendant, The United States of America, is the owner of the bicycle operated by Officer J. Sesson with its permission and consent, and is liable to the Plaintiff for all damages caused by the negligence of Officer J. Sesson.

5. That, on or about May 17, 2015 the Plaintiff, Timothy Holland, was stopped on his bicycle in a pedestrian area in front

of the Treasury building in the 1500 block of Pennsylvania, N.W., Washington DC, when he was struck by another bicycle being operated by Officer J. Sesson.

6. That, at all times pertinent hereto, Officer J. Sesson owed a duty to the Plaintiff and to others in the same area to operate his bicycle in a careful, cautious and lawful manner; to keep his bicycle under proper control, to travel at a proper and reasonable rate of speed for the then and there existing conditions, to use due care and caution to avoid a collision, to reduce his speed to avoid striking other bicycles, to be prepared to stop for conditions; and to otherwise operate his bicycle in a careful, cautious and non-reckless manner.

7. That Officer J. Sesson was negligent in that he failed to operate his bicycle in a careful, cautious and lawful manner; failed to keep his bicycle under proper control, failed to travel at a proper and reasonable rate of speed for the then and there existing conditions, failed to use due care and caution to avoid a collision, failed to reduce his speed to avoid striking other bicycles, failed to stop for conditions; and was otherwise careless, reckless and negligent.

8. That the direct and proximate result of the negligence of Officer J. Sesson and the liability therefore of the

Defendant, The United States of America, as aforesaid, caused the Plaintiff, Timothy Holland, to suffer injuries to Plaintiff's body, to suffer physical pain and suffering and mental anguish, loss of wages or wage earning capacity and to incur medical and other damages without any

9. That, the Plaintiff, Timothy Holland, avers that all of his damages, past, present and future were, are and will be due solely to and by reason of the negligence of Officer J. Sessons and the liability of the Defendant, The United States of America, without any negligence or want of due care on the part of Plaintiff, Timothy Holland, contributing thereto.

WHEREFORE, this suit is brought and the Plaintiff, Timothy Holland, claims damages in the amount of Seven hundred and fifty thousand dollars ($750,000.00) against the Defendant, United States of America, and the costs of this litigation.

Respectfully submitted,

WILSON & PARLETT

_____
Ryan P. Richie
Federal Bar No. 473873
Attorneys for Plaintiff,
 Timothy Holland
14513 Main Street
Upper Marlboro, MD  20772
(301) 952-1311

4